UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMIE CHACON,  :  07 Civ. 3375 (LAP)

        Plaintiff,  :  ORDER

     v.  :

ANDREA QURANTILLO, District Director,  :
Citizenship and Immigration Services,  :

        Defendant.  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

LORETTA A. PRESKA, U.S.D.J.

    Counsel for the parties having appeared today for an initial pretrial conference, it is hereby ordered that the parties are to submit a joint letter summarizing the status of the above-captioned action no later than September 28, 2007.

SO ORDERED:

DATED:   July 25, 2007
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA, U.S.D.J.