UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JAMIE CHACON,

              Plaintiff,   **ECF CASE**

   v.

                              07 Civ. 03375 (LAP)

ANDREA QUARANTILLO,

              Defendant.   NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          April 14, 2008

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                           Southern District of New York

                                       By:   /s/_____
                                                           F. JAMES LOPREST, JR.
                                                           Special Assistant United States Attorney
                                                            86 Chambers Street, 3rd Floor
                                                           New York, New York 10007
                                                           Telephone: (212) 637-2728
                                                           Facsimile: (212) 637-2786
                                                           Email: james.loprest@usdoj.gov

TO:   Spiro Serras, Esq.
        Wilens & Baker, P.C.
        450 Seventh Avenue
        New York, NY 10123