MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAIME CHACON (A74 837 806),

         Plaintiff,

  - v. -

ANDREA QUARANTILLO, District Director,
Citizenship and Immigration Services,

         Defendant.
-----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 3375 (LAP)

WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
        April __, 2008

WILENS & BAKER, P.C.
Attorneys for Plaintiff

By: _____
SPIRO SERRAS, ESQ.
450 Seventh Avenue
New York, NY 100123
Tel. No.: (212) 643-0237

Dated:  New York, New York
        April __, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

SO ORDERED:
_____
HON. LORETTA A. PRESKA
LORETTA A. PRESKA, U.S.D.J.
UNITED STATES DISTRICT JUDGE

April 23, 2008

(2007v00771)